## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 7, 2010

BEFORE:  JOEL M. FLAUM, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| No.: 08-3736 | KEVIN FOX and MELISSA FOX, <br> *Plaintiffs - Appellees,* <br><br> v. <br><br> EDWARD HAYES, MICHAEL GUILFOYLE, SCOTT SWEARENGEN, BRAD WACHTL, and WILL COUNTY, <br> *Defendants - Appellants,* <br><br> v. <br><br> AMERICAN ALTERNATIVE INSURANCE CORPORATION and ESSEX INSURANCE COMPANY, <br> *Intervenors - Appellants.* |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:04-cv-07309 <br> Northern District of Illinois, Eastern Division <br> District Judge John W. Darrah ||

The judgment of the District Court is **AFFIRMED** in part and **REVERSED** and **VACATED** in part.  Costs are awarded to the Plaintiffs-Appellees.  This is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)